**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LINDA JO ROBINSON                                                                                       PLAINTIFF

VS.                                    5:05CV00139 GH/JTR

UNITED STATES OF AMERICA                                                              DEFENDANT

### ORDER

The Court has determined that this case warrants the appointment of counsel (docket entry #15). Pursuant to Local Rule 83.7, Mr. William McShane Bridgforth, Ramsay, Bridgforth, Harrelson & Starling, 501 Main Street, Post Office Box 8509, Pine Bluff, Arkansas 71611-8509, (870) 535-9000, shanebridgforth@ramsaylaw.com, is hereby appointed to represent plaintiff, Ms. Linda Jo Robinson.

The Clerk of Court is directed to send counsel a copy of this Order and a copy of Local Rule 83.7. The Clerk is further directed to forward counsel a copy of this file within fifteen (15) days after the entry of this Order.

IT IS SO ORDERED, this 19th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE