IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA JO ROBINSON                                                                                    PLAINTIFF

VS.                                              5:05CV00139 GH/JTR

UNITED STATES OF AMERICA                                                                 DEFENDANT

**ORDER**

The Court has determined that this case warrants the appointment of counsel (docket entry #15). Pursuant to Local Rule 83.7, Mr. Gary B. Rogers, Dover, Dixon, Horne, PLLC, 425 West Capitol Avenue, Suite 3700, Little Rock, Arkansas 72201-2692, (501) 375-9151; grogers@ddh-ar.com, is hereby appointed to represent plaintiff, Ms. Linda Jo Robinson.

The Clerk of Court is directed to send counsel a copy of this Order and a copy of Local Rule 83.7. The Clerk is further directed to forward counsel a copy of this file within fifteen (15) days after the entry of this Order.

IT IS SO ORDERED, this 30th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE