IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA JO ROBINSON                                                             PLAINTIFF

VS.                          5:05CV00139 GH/JTR

UNITED STATES OF AMERICA                                   DEFENDANT

**ORDER**

      The Court has determined that this case warrants the appointment of counsel (docket entry #15). Pursuant to Local Rule 83.7, Mr. Walter Whit Barton, Ball, Barton & Hoffman, Post Office Box 507, Monticello, Arkansas 71657-0507; (870) 367-6288, bbh@ccc-cable.net, is hereby appointed to represent plaintiff, Ms. Linda Jo Robinson.

      The Clerk is directed to send Mr. Barton a copy of this Order and Local Rule 83.7. If Mr. Barton is unable to obtain the remainder of the file from CM/ECF, he should contact Kathy McBryde, Courtroom Deputy Clerk to Magistrate Judge J. Thomas Ray at 501-604-5234 and a copy of the file, or any portion thereof, will be provided to him free of charge.

      IT IS SO ORDERED, this 22nd day of September, 2005.

                                                                                                          UNITED STATES MAGISTRATE JUDGE