IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA JO ROBINSON     PLAINTIFF

vs.     CASE NO. **5:05CV139GH**

UNITED STATES OF AMERICA     DEFENDANT

### ORDER

On October 19, 2006, the Court directed the parties to address the issue raised by defendant regarding plaintiff's standing. Plaintiff was directed to file her brief within thirty days of October 19th Order. On October 23, 2006, defendant's attorney wrote the attached letter to plaintiff's counsel and the Court proposing certain action plaintiff could take to remedy problems regarding standing and limitations.

More than thirty days has passed since the October 19th Order. Nothing has been filed by plaintiff's counsel. Plaintiff's counsel is directed to take action within twenty days with regard to this case. That counsel is appointed does not relieve counsel of his duty to represent plaintiff's interests. The Court also reminds plaintiff's counsel of the availability of court funds for reimbursement of expert expenses.

IT IS SO ORDERED this 28 day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Arkansas*

---

Post Office Box 1229          501-340-2600
425 W. Capitol Avenue, Suite 500
Little Rock, Arkansas 72201    FAX 501-340-2730

October 23, 2006

The Honorable George Howard, Jr.
U.S. District Court Judge
600 West Capitol, Room 276
Little Rock, AR 72201

Whit Barton
The Barton Law Firm
P.O. Box 507
Monticello, AR 71657

    Re:   *Linda Jo Robinson v. USA*

Dear Judge Howard and Mr. Barton:

    I found a 1962 8th Circuit case, *Russell v. New Amsterdam Casket Co.*, 303 F.2d 674 (8th Cir. 1962). It was cited and relied upon by *Barrett v. U.S.*, 622 F.Supp. 574 (D.C.N.Y. 1985). Under these cases, it would appear that plaintiff can remedy its problems regarding proper party and limitations.

    First, Plaintiff would need to file a motion for leave to amend complaint to make the plaintiffs Linda Jo Robinson, individually, and as administrator of the estate of Kimberly Nell Robinson, deceased, and ask that the amendment be deemed to relate back to date complaint was filed. Defendant will not oppose the motion.

    Next, an order needs to be entered granting leave to so amend and stateing that the amendment relates back to the date of the filing of the Complaint pursuant to Rule 15c of the Federal Rules of Civil Procedure.

    Next, the amended complaint needs to be filed, and Defendant will refile its answer. The statute of limitations will not apply.

    Plaintiff does need to go ahead and brief the medical expert/common knowledge issue so its case can proceed to a new setting.

RECEIVED
CHAMBERS OF
GEORGE HOWARD, JR.

OCT 23 2006

U.S. DISTRICT JUDGE

Sincerely;

BUD CUMMINS
UNITED STATES ATTORNEY

By FLETCHER JACKSON
Assistant U. S. Attorney

FJ/ms